## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| MARY S. MUNDY, TRUSTEE U/A DTD 04/23/1987 MARY S MUNDY R/L TRUST II AND SHIVA Y. STEIN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>STEPHEN LACY, D. MELL MEREDITH FRAZIER, DONALD A. BAER, DONALD C. BERG, MARY SUE COLEMAN, FREDERICK B. HENRY, JOEL JOHNSON, PHILIP A. MARINEAU, ELIZABETH TALLET, MEDIA GENERAL, INC., MONTAGE NEW HOLDCO, INC., MONTAGE MERGER SUB 1, INC., MONTAGE MERGER SUB 2, INC. and MEREDITH CORPORATION,<br><br>Defendants. | Civil Action No. 4:15-cv-00371-SMR-RAW<br><br>CERTIFICATION OF PLAINTIFFS MARY MUNDY AND SHIVA STEIN FOR AMENDED COMPLAINT |

Plaintiffs, through the undersigned counsel hereby files the required certification of Plaintiffs Mary Mundy and Shiva Stein in support of their Amended Complaint.

DATED: December 16, 2015

Respectfully Submitted

/s/ Kimberley K. Baer
Kimberley K. Baer AT0000683
BAER LAW OFFICE
838 Fifth Avenue
Des Moines, Iowa 50309
Telephone: 515-279-2000
Facsimile: 515-279-2137
kbaer@baerlawoffice.com
ATTORNEYS FOR PLAINTIFFS
Local Counsel

CERTIFICATE OF SERVICE

  The undersigned hereby certifies that a true copy of the foregoing instrument was served upon each of the attorneys of record of all parties to the above-entitled cause by serving the same with the Amended Petition by personal service and electronic filing on December 16, 2015

By:  __ U.S. Mail  ___Facsimile
   ___Hand Delivered ___ Overnight Courier
   ___Federal Express X  Other – Electronic filing and Personal Service

Signature: *Angel Carter*

CERTIFICATION PURSUANT TO THE FEDERAL SECURITIES LAWS

I, Mary S. Mundy, Trustee for the U/A DTD 04/23/1987 Mary S. Mundy R/L Trust II, certify as follows:

1. I have reviewed the Amended Complaint to be filed against Meredith Corporation ("Meredith") and others and authorize the filing thereof.

2. I have retained Levi & Korsinsky, LLP to seek my appointment as lead plaintiff and pursue this class action on my behalf and on behalf of the proposed class.

3. I did not purchase securities of Meredith securities at the direction of counsel, or in order to participate in this litigation.

4. I am willing to serve as a representative party on behalf of the class, including providing testimony at a deposition and trial, if necessary.

5. I have continued to own 10,000 shares of Meredith common stock since before the merger was announced on September 5, 2015.

6. During the three years prior to the date of this certification, I have not sought to serve or served as a representative party for a class under the federal securities laws.

7. I will not accept any payment for serving as a representative party on behalf of the class beyond my pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 9th day of December 2015.

_____
Mary S. Mundy

4829-8957-3164, v. 1

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

1. I, Shiva Y. Stein, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2. I have reviewed a Complaint against Meredith Corporation ("Meredith" or the "Company"), and authorize the filing of a comparable complaint on my behalf.

3. I did not purchase or acquire Meredith securities at the direction of plaintiffs counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4. I am willing to serve as a representative party on behalf of a Class of investors who purchased or acquired Meredith securities during the class period, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5. To the best of my current knowledge, the attached sheet lists all of my transactions in Meredith securities during the Class Period as specified in the Complaint.

6. During the three-year period preceding the date on which this Certification is signed, I have not sought to serve as a representative party on behalf of a class under the federal securities laws.

7. I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8. I declare under penalty of perjury that the foregoing is true and correct.

Executed  12/10/2015
            (Date)

_____
(Signature)

S. Stein
(Type or Print Name)

{00185755;1 }

**MEREDITH CORPORATION (MDP)**  Stein, Shiva Y.

## LIST OF PURCHASES AND SALES

| DATE | PURCHASE OR SALE | NUMBER OF SHS/UTS | PRICE PER SH/UT |
|---|---|---|---|
| 06/12/2014 | Purchase | 3 | $44.5433 |